**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **VEHICLE INTELLIGENCE AND SAFETY LLC,**<br><br>        Plaintiff,<br><br>v.<br><br>**MERCEDES-BENZ USA, LLC and DAIMLER AG,**<br><br>        Defendants. | **Case No. 13cv-4417**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Vehicle Intelligence and Safety LLC ("VIS") files this Complaint against Mercedes-Benz USA, LLC and Daimler AG (collectively, "Defendants") for infringement of United States Patent No. 7,394,392 (hereinafter "the '392 Patent").

## THE PARTIES

1.      Vehicle Intelligence and Safety LLC is a limited liability company organized and existing under the laws of the State of Nevada with its principal place of business at 155 E. Campbell Avenue, Suite 203, Campbell, California 95008.

2.      Mercedes-Benz USA, LLC ("Mercedes-Benz") is a Delaware limited liability company with a principal place of business at One Mercedes Drive, Montvale, New Jersey 07675.  This Court has personal jurisdiction over Defendant, because Defendant has committed, and continues to commit, acts of infringement in this district, has multiple business establishments in this district, has conducted business in this district, and/or has engaged in continuous and systematic activities in this district.

3. Daimler AG ("Daimler") is a German corporation with a principal place of business at 137 Mercedes Street, Stuttgart, Germany 70327. This Court has personal jurisdiction over Defendant, because Defendant has committed, and continues to commit, acts of infringement in this district, has conducted business in this district, and/or has engaged in continuous and systematic activities in this district.

## JURISDICTION AND VENUE

4. This is an action for patent infringement under Title 35 of the United States Code. VIS is seeking injunctive relief as well as damages.

5. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes, 35 U.S.C. § 101 *et seq*.

6. Venue is proper under 28 U.S.C. §§ 1391(c) and 1400(b) because Defendants have committed acts of infringement in this district and/or is deemed to reside in this district.

7. This Court has personal jurisdiction over Defendants and venue is proper in this district because Defendants have committed, and continue to commit, acts of infringement in this district and/or have engaged in continuous and systematic activities in this district.

8. Defendants have imported, used, sold and offered to sell various models of vehicles within this judicial district, including the vehicles accused of infringement in this case.

9. Mercedes-Benz's Central Region office is located at 9399 West Higgins Avenue, Ste. 210, Rosemont, Illinois 60018. Mercedes-Benz operates a Learning & Performance Center at 295 Spring Lake Drive, Itasca, Illinois 60143. Mercedes-Benz operates a Parts Distribution Center at 100 Mercedes Drive, Carol Stream, Illinois 60188.

## COUNT I

## (INFRINGEMENT OF U.S. PATENT NO. 7,394,392)

10. VIS incorporates paragraphs 1 through 9 herein by reference.

11. This cause of action arises under the patent laws of the United States, and in particular, 35 U.S.C. §§ 271, *et seq.*

12. VIS is the assignee of the '392 Patent, entitled "Expert System Safety Screening of Equipment Operators," with all substantial rights in the '392 Patent, including the right to exclude others and to enforce, sue and recover damages for past and future infringement. A true and correct copy of the '392 Patent is attached as Exhibit A.

13. The '392 Patent is valid and enforceable and was duly issued in full compliance with Title 35 of the United States Code.

14. Defendants have directly infringed and continue to directly infringe one or more claims of the '392 Patent in this judicial district and elsewhere in the United States, including at least claim 8, without the consent or authorization of VIS, by or through its importing, selling, and/or offering to sell, using or inducing others to use, sell, import and/or offer for sale, vehicles in the United States, including but not limited to each Mercedes-Benz vehicle that incorporates ATTENTION ASSIST, that infringe at least claim 8 of the '392 patent by practicing each and every element of that claim.

15. VIS has been damaged as a result of Defendants' infringing conduct described in this Count. Defendants are, thus, liable to VIS in an amount that adequately compensates it for Defendants' infringement, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

16. Defendants' actions complained of herein will continue unless Defendants are enjoined by this Court.

## JURY DEMAND

VIS hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

VIS requests that this Court find in its favor and against Defendants, and that this Court grant VIS the following relief:

    a. Enter judgment for VIS on this Complaint;

    b. Enter judgment that one or more claims of the '392 Patent has been infringed by Defendants;

    c. Enter judgment that Defendants account for and pay to VIS all damages to and costs incurred by VIS because of Defendants' infringing activities and other conduct complained of herein;

    d. Award VIS damages resulting from Defendants' infringement in accordance with 35 U.S.C. § 284;

    e. Enter a permanent injunction enjoining Defendants and their offices, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert or participation with Defendants, from infringing the '392 Patent, or, in the alternative, judgment that Defendants account for and pay to VIS a reasonable royalty and an ongoing post judgment

        royalty because of Defendants' past, present and future infringing activities and other conduct complained of herein;

    f.    That VIS be granted pre-judgment and post-judgment interest on the damages caused by Defendants' infringing activities and other conduct complained of herein;

    g.    That VIS be granted such other and further relief as the Court may deem just and proper under the circumstances.

DATED: June 14, 2013                      Respectfully submitted,

/s/ Benjamin R. Askew
Anthony G. Simon
Benjamin R. Askew
Michael P. Kella
**THE SIMON LAW FIRM, P.C.**
800 Market Street, Suite 1700
St. Louis, Missouri 63101
P. 314.241.2929
F. 314.241.2029
asimon@simonlawpc.com
baskew@simonlawpc.com
mkella@simonlawpc.com

Timothy E. Grochocinski
**INNOVALAW, LLC**
1900 Ravinia Place
Orland Park, Illinois 60462
P. 708.675.1974
teg@innovalaw.com

*ATTORNEYS FOR PLAINTIFF VEHICLE INTELLIGENCE AND SAFETY LLC*